MAE DOLSON et al., Respondents, v. B. GERTZ, Inc., Appellant.— In an action to recover damages for injuries sustained by the respondent wife when she was struck by a revolving door in appellant's store, and by the respondent husband for expenses and loss of services, judgment in respondents' favor, entered on the verdict of a jury, affirmed, with costs. No opinion. Johnston, Sneed and Wenzel, JJ., concur; Nolan, P. J., and Adel, J., dissent and vote to reverse the judgment and to dismiss the complaint on the ground that, as a matter of law, the evidence was insufficient to establish negligence on the part of the appellant.

DOMINICK FELICIO, an Infant, by PETER FELICIO, His Guardian ad Litem, et al., Respondents, v. CITY OF NEW YORK, Appellant.— Action to recover damages for negligence which caused injuries to the infant plaintiff in a vacant lot claimed to be owned by the defendant. Order granting plaintiff's motion for an examination of the defendant before trial affirmed, with $10 costs and disbursements, the examination to proceed on five days' notice. The defendant has raised an issue as to whether or not it owns the vacant lot where the accident occurred. As a dispute exists as to the effect of the public records relating to ownership, the plaintiff is entitled to an examination of the defendant on that issue. If the fact be that the city does not own or claim to own the land, it can readily produce a competent witness who can state as a consequence of his examination of the city records, independent of the public records, whether the city owns or claims to own the property involved. If such a witness says it does not, there will be no need for a further examination under the order. (*Breeze* v. *City of New York,* 249 App. Div. 856, affd. 275 N. Y. 528.) Similarly, if the testimony on ownership is inconclusive, the city can produce a witness who can state, if it be the fact, that it has no record and no knowledge of the facts involved in the accident. Nolan, P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.

JACOB GOLDBERG, Appellant, v. GUSTAVE GOLDBERG, Respondent, et al., Defendants.— Action in partition. Order denying plaintiff's motion to require respondent to make his answer more definite and certain, insofar as appealed from, affirmed, with $10 costs and disbursements, with leave to plaintiff, within ten days from the entry of the order hereon, to serve a reply to the counterclaim in respondent's answer. No opinion. Nolan, P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.